# Court of Appeals
# of the State of Georgia

ATLANTA,    June 07, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1498.  JOSHUA PAUL ALLEN v. STATE OF GEORGIA.**

The appellant's brief and enumeration of errors were due April 17, 2012.  The appellant failed to meet this deadline and failed to request an extension of time in which to do so.  Therefore, pursuant to Court of Appeals Rule 23 (a), this appeal is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/07/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*